**Robert Wayne WILLIAMS,
Petitioner-Appellant,**

v.

**John T. KING, Secretary of the Department of Corrections, and Ross Maggio, Jr., Warden, Louisiana State Penitentiary, Respondents-Appellees.**

No. 83–3647.

United States Court of Appeals,
Fifth Circuit.

Oct. 23, 1983.

Samuel S. Dalton, Jefferson, La., for petitioner-appellant.

Kay Fitzpatrick, Asst. Atty. Gen., Baton Rouge, La., for respondents-appellees.

Before BROWN, REAVLEY and HIGGINBOTHAM, Circuit Judges.

BY THE COURT:

For the reasons stated in the accompanying order, the Court orders:

1. Motion for IFP is GRANTED.

2. Motion for oral argument is DENIED.

3. Certificate of Probable Cause is GRANTED.

4. The execution now fixed for October 25, 1983, between midnight and three a.m. is STAYED.

5. The Judgment of the District Court is AFFIRMED.

6. Issuance of the Mandate is stayed pending final action of the Supreme Court.